```
JOSEPH SCHLESINGER, Cal. Bar # 87692
Acting Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone:  (916) 498-5700

Attorneys for Respondent
FELIX LUCERO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX LUCERO, | No. 2:12-cv-00957 LKK EFB |
| Petitioner, | |
| v. | **REQUEST FOR SUBSTITUTION OF COUNSEL;** ~~PROPOSED~~ **ORDER** |
| VINCENT CULLEN, Warden, | |
| Respondent. | |

Petitioner, FELIX LUCERO, hereby moves this Court for an order substituting Margaret Littlefield, Attorney at Law, P.O. Box 337, Bolinas, CA, 94924, telephone (415) 868-9209; as counsel for the Petitioner in the above-entitled case. The Federal Defender's Office has determined that the Petitioner meets the financial qualifications for appointment of counsel as reflected in the Application to Proceed Without Prepayment of Fees. The Federal Defender's Office has also determined that it is currently unable to continue its representation of Petitioner.  Ms. Littlefield has agreed to represent the Petitioner.

///

///

///

Ms. Littlefield is aware of any deadlines in this case. The undersigned is authorized to sign this substitution motion on her behalf.

Dated: April 3, 2013

                Respectfully submitted,

                JOSEPH SCHLESINGER
                Acting Federal Defender

                */s/ David M. Porter*
                DAVID M. PORTER
                Assistant Federal Defender

                Attorneys for Petitioner
                FELIX LUCERO

Dated: April 3, 2013      */s/ Margaret Littlefield*
                                MARGARET LITTLEFIELD

**O R D E R**

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Margaret Littlefield, Attorney at Law, shall be substituted in as appointed counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: April 8, 2013

                *[signature]*
                EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE