UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX LUCERO, | No. 2:12-cv-957-LKK-EFB P |
| Petitioner, | |
| v. | ORDER |
| VINCENT CULLEN, | |
| Respondent. | |

Petitioner is a state prisoner proceeding through appointed counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 25, 2014, petitioner requested an extension of time to file his opposition to respondent's motion to dismiss. *See* Fed. R. Civ. P. 6(b)(1)(B).

Good cause appearing, it is ORDERED that petitioner's request (ECF No. 35) is granted and petitioner's opposition is deemed timely filed.

Dated: February 27, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE